IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00090-MSK-MEH

JAMES WILLINGHAM,

    Plaintiff,

v.

OMAHA WOODMEN LIFE INSURANCE SOCIETY, a Nebraska corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2009.**

    Defendant's Unopposed Motion for Leave to File Answer [filed March 12, 2009; docket #22] is **granted**. Defendant shall file an answer on or before **March 27, 2009**.