IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00090-MSK-MEH

JAMES WILLINGHAM,

    Plaintiff,

v.

OMAHA WOODMEN LIFE INSURANCE SOCIETY, a Nebraska corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2009.**

    Plaintiff's Unopposed Motion to Amend Scheduling Order [filed May 22, 2009; docket #32] is **granted**. The dates in this matter are reset as follows:

| | |
|---|---|
| Designation of experts | June 22, 2009 |
| Designation of rebuttal experts | August 24, 2009 |
| Discovery Cut-off | October 30, 2009 |
| Dispositive Motion Deadline | November 30, 2009 |